# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| FIRST MAGNUS FINANCIAL CORPORATION, ) | |
| Plaintiff, ) | |
| v. ) | No. 06-0736-CV-W-FJG |
| ) | |
| FIRST UNITED MORTGAGE, L.L.C., et al., ) | |
| Defendants. ) | |

## DEFAULT JUDGMENT

Pending before the Court is Plaintiff First Magnus Financial Corporation's Motion for Default Judgment Against Defendant Dusty Owens (Doc. No. 180).

On September 24, 2009, the Court granted plaintiff's motion for entry of default as to Defendant Owens (see Doc. No. 178). On September 29, 2009, plaintiff filed the pending motion for default judgment. Defendant Owens' response was due on or before October 14, 2009; however, no response was filed. The Court ordered defendant Owense to show cause on or before November 10, 2009, why plaintiff's motion for default judgment should not be granted. See Doc. No. 184. To-date, no response has been filed to the Court's order to show cause.

Plaintiff's motion for default judgment (Doc. No. 180) will be **GRANTED.** After reviewing the affidavit of Jana Gledhill (Doc. No. 93, Ex. 3), the Court finds that plaintiff has suffered damages in the amount of $40,849.71, plus statutory pre- and post-judgment interest. Accordingly, **IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff is awarded final judgment against defendant Owens in the amount of **$40,849.71**, plus (1) statutory pre-judgment interest in the amount of 9% per annum from the time plaintiff made its investor whole on April 25, 2005, until the date of this judgment (see R.S.Mo. §§ 408.020), and (2) statutory post-judgment interest in the amount of 9% per annum from the

date this judgment is entered until judgment is satisfied (see R.S.Mo. § 408.040).

It is further ordered that the Clerk of the Court send a copy of this Order by regular and certified mail to:

Dusty Owens
4506 East 197th Street
Belton, MO 64012

Dusty Owens
2310 South Scott Ave.
Independence, MO 64052

**IT IS SO ORDERED.**

Dated: 11/16/09 .
Kansas City, Missouri.

/s/ FERNANDO J. GAITAN, JR.
Fernando J. Gaitan, Jr.
Chief United States District Judge